**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 25 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| ACCORD PATENTS, LLC, <br> a Georgia Limited Liability Company, <br> <br> Plaintiff, <br> <br> v. <br> <br> ALDEN CORPORATION, <br> a Connecticut Corporation, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. _____ <br> ) <br> ) 1:10-CV-0859 <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Accord Patents, LLC.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

1

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Stephen R. Risley
SENTRY LAW GROUP
Two Ravinia Drive
Suite 700
Atlanta, GA 30346
Telephone: (404) 815-9300
Facsimile: (770) 804.0900
Email: srisley@sentrylg.com

Respectfully submitted, this 25th day of March, 2010.

        Sentry Law Group,

        _/s/ Stephen R. Risley_
        Stephen R. Risley
        Georgia Bar No. 606545
        SENTRY LAW GROUP
        Two Ravinia Drive
        Suite 700
        Atlanta, Georgia 30346
        Telephone: (404) 815-9300
        Facsimile: (7710) 804-0900
        Email: srisley@sentrylg.com

        Attorneys for Plaintiff
        Accord Patents, LLC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ACCORD PATENTS, LLC, a Georgia Limited Liability Company, Plaintiff, v. ALDEN CORPORATION, a Connecticut Corporation, Defendant. | ) ) ) ) ) Civil Action No. _____ ) ) JURY TRIAL DEMANDED ) ) ) ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2010, I filed the foregoing "**PLAINTIFF, ACCORD PATENTS, LLC'S, LOCAL RULE 3.3 CERTIFICATE OF INTERESTED PERSONS AND FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**" by hand with the Clerk of Court. It is my understanding that the Clerk of Court will use the CM/ECF system, which will automatically send email notification of this filing to the attorneys of record.

_____
Stephen R. Risley
Georgia State Bar No. 606545
SENTRY LAW GROUP
Two Ravinia Drive, Suite 700
Atlanta, Georgia 30346
Telephone: (404) 815-9300
Facsimile: (770) 804-0900
Email: srisley@sentrylg.com

Attorneys for Plaintiff
Accord Patents, LLC

3